No. 2274.—EL PUEBLO, APDO., v. LÓPEZ, APLTE.—C. D. San Juan, Distrito 2º. Falsa representación. Junio 11, 1924. Revocada la sentencia apelada por los fundamentos del caso de *El Pueblo* v. *Battistini*, 5 D.P.R. 125.

No. 2293.—EL PUEBLO, APDO., v. MÉNDEZ, APLTE.—C. D. Ponce. *Slander*. Junio 12, 1924. Revocada la sentencia y absuelto el acusado por los fundamentos de los casos de *El Pueblo* v. *García*, 21 D.P.R. 164, y *El Pueblo* v. *López*, 23 D.P.R. 115.

No. 3318.—RIVERA, APLTE., v. PÉREZ ET AL., APDOS.—C. D. Aguadilla. *Injunction*. Junio 12, 1924. Desestimada la apelación por los fundamentos del caso de *El Pueblo* v. *Figueroa*, de junio 12, 1924, (pág. 340). El Juez Asociado Sr. Hutchison disintió.

No. 455. — AGUILÚ, PETICIONARIO, v. DÍAZ CINTRÓN, JUEZ, DEMANDADO. — Ponce. *Certiorari*. Junio 13, 1924. Denegado el auto por tener el peticionario otros recursos adecuados en el curso ordinario de la ley.

No. 3187.—SUÁREZ, APLDA., v. SUÁREZ Y RODRÍGUEZ, ALVAREZ, DEMANDADOS Y APLTE. EL PRIMERO.—C. D. San Juan, Distrito 2º. Nulidad. Junio 13, 1924. Desestimada la apelación por estar envuelta en este recurso la misma cuestión decidida en el caso No. 3188 de *Suárez* v. *Suárez y Rodríguez*, de abril 2, 1924, (pág. 1035), y por los motivos consignados en el mismo.